IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

———————————

Nos. 24-5640, 24-5615, 24-5643, 24-5647, 24-5913, 24-5928

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

DENNIS GREEN; PAUL VAUGHN; CALVIN ZASTROW; COLEMAN
BOYD; CHESTER GALLAGHER; AND HEATHER IDONI,

Defendants-Appellants

———————————

APPELLEE'S UNOPPOSED MOTION TO VACATE CONVICTIONS
AND REMAND FOR DISMISSAL

———————————

Pursuant to the Executive Grant of Clemency issued by President Donald J. Trump on January 23, 2025, granting full and unconditional pardons for their convictions in the United States District Court for the Middle District of Tennessee in Case No. 3:22-cr-327, the United States moves this Court to vacate appellants' convictions and to remand the case to the district court for dismissal with prejudice pursuant to Federal Rule of Criminal Procedure 48(a).  Counsel for appellants

Dennis Green, Calvin Zastrow, Coleman Boyd, and Chester Gallagher consent to this motion.

Undersigned counsel contacted counsel for appellants Paul Vaughn and Heather Idoni by email on January 24, 2025, to obtain their positions on this motion and sent another email on January 27, 2025, in anticipation of this filing.  As of the time of this filing, undersigned counsel has not received their positions on this motion, though undersigned counsel understands that they may still be conferring, or seeking to confer, with their clients.  The government is filing this motion now without having received positions from Vaughn and Idoni to promptly effectuate the Executive Grant of Clemency.

In support of this motion, the United States submits as follows:

1.  On January 23, 2025, President Donald J. Trump granted appellants Dennis Green, Paul Vaughn, Calvin Zastrow, Coleman Boyd, Chester Gallagher, and Heather Idoni full and unconditional pardons for their convictions in Criminal Case No. 3:22-cr-327 (M.D. Tenn.).  See Executive Grant of Clemency (Jan. 23, 2025), available at https://www.justice.gov/pardon.

2.  Consistent with the government's filings in other circuit court cases that arise in a similar procedural posture, the United States respectfully submits that Rule 48(a) provides an appropriate procedural mechanism to dismiss these cases.  *See, e.g.*, *Watts v. United States*, 422 U.S. 1032, 1032 (1975) ("Upon representation of the Solicitor General set forth in his brief for the United States filed May 2, 1975, judgment is vacated and the case is remanded to the United States District Court for the Northern District of Georgia to permit the Government to dismiss charges against the petitioner."); *Bronsozian v. United States*, 140 S. Ct. 2663, 2663 (2020) ("Judgment vacated, and case remanded to the United States Court of Appeals for the Ninth Circuit for further consideration in light of the pending application to vacate the judgment and dismiss the indictment."); *United States v. Burdeau*, 168 F.3d 352, 359 (9th Cir. 1999) ("Under Federal Rule of Criminal Procedure 48(a), the government has the power to move to dismiss any count of the indictment as long as the defendant's appeal is pending and the decision is therefore not final.").[*]

---

[*]  In response to other executive grants of clemency filed last week, the government, on January 23, 2025, filed motions seeking

3. The following counsel for appellants confirmed that they do not oppose this motion:  Manuel Russ (Dennis Green); Kevin Schad (Ca1vin Zastrow); Steve Thornton (Colemand Boyd); and Patrick McNally (Chester Gallagher).

---

identical relief related to other defendants-appellants in D.C. Circuit Case Nos. 24-3131 and 24-3142.  On January 24, 2025, the government filed further motions in D.C. Circuit Case Nos. 24-3057, 24-3060, 24-3061, 24-3062, 24-3064, 24-3065, 24-3079, and 24-3086.

## CONCLUSION

WHEREFORE, the United States respectfully requests that this

Court enter an order vacating appellants' convictions and remanding

these cases to the district court for dismissal under Federal Rule of

Criminal Procedure 48(a).

Respectfully submitted,

ROBERT E. MCGUIRE
  Acting United States Attorney
  Middle District of Tennessee

KATHLEEN WOLFE
  Deputy Assistant Attorney
  General

NANI M. GILKERSON
  Assistant United States
  Attorney
  719 Church Street, Suite 3300
  Nashville, Tennessee 37203
  (615) 401-6624

s/ Barbara Schwabauer
ERIN H. FLYNN
BARBARA SCHWABAUER
  Attorneys
  Department of Justice
  Civil Rights Division
  Appellate Section
  Ben Franklin Station
  P.O. Box 14403
  Washington, D.C.  20044-4403
  (202) 305-3034

## CERTIFICATE OF COMPLIANCE

I hereby certify pursuant to Federal Rule of Appellate Procedure 27(d)(2)(a) that the foregoing motion contains 550 words, and therefore complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(a).  This motion also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)-(6) because it was prepared in 14-point Century Schoolbook, a proportionally spaced typeface using Microsoft Word for Microsoft 365.

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit by using the appellate CM/ECF system.  I also certify that all participants are registered CM/ECF users and will receive service by the appellate CM/ECF system.

s/ Barbara Schwabauer
BARBARA SCHWABAUER
Attorney