IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

———————————

Nos. 24-5640, 24-5615, 24-5643, 24-5647, 24-5913, 24-5928

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

DENNIS GREEN; PAUL VAUGHN; CALVIN ZASTROW; COLEMAN
BOYD; CHESTER GALLAGHER; AND HEATHER IDONI,

Defendants-Appellants

———————————

APPELLEE'S REPLY

———————————

The United States respectfully replies to the responses filed by

defendants-appellants Coleman Boyd and Paul Vaughn opposing the

United States' Motion to Vacate Convictions and Remand for Dismissal.

The intended effect of the government's motion is to return these cases

to the district court for further proceedings consistent with the

Executive Grant of Clemency issued by President Donald J. Trump on

January 23, 2025.  The full and unconditional pardons granted to

defendants-appellants warrant vacatur of their convictions and "relieve"

them from "all punishments, penalties, and disabilities that flow

directly from the offense," *Effects of a Presidential Pardon*, 19 Op. O.L.C. 160, 162 (1995) (collecting cases), "so far as such release [is] in the power of the government," *Osborn v. United States*, 91 U.S. 474, 477 (1870).

The United States fully expects that defendants-appellants' cases will be handled no differently than those of their codefendants in the district court whose convictions were not yet final at the time of the President's Executive Grant of Clemency.

Respectfully submitted,

ROBERT E. MCGUIRE
 Acting United States Attorney
 Middle District of Tennessee

KATHLEEN WOLFE
 Deputy Assistant Attorney
 General

NANI M. GILKERSON
 Assistant United States
 Attorney
 719 Church Street, Suite 3300
 Nashville, Tennessee 37203
 (615) 401-6624

s/ Barbara Schwabauer
ERIN H. FLYNN
BARBARA SCHWABAUER
 Attorneys
 Department of Justice
 Civil Rights Division
 Appellate Section
 Ben Franklin Station
 P.O. Box 14403
 Washington, D.C.  20044-4403
 (202) 305-3034

## CERTIFICATE OF COMPLIANCE

I hereby certify pursuant to Federal Rule of Appellate Procedure 27(d)(2)(a) that the foregoing motion contains 166 words, and therefore complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(a). This motion also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)-(6) because it was prepared in 14-point Century Schoolbook, a proportionally spaced typeface using Microsoft Word for Microsoft 365.

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit by using the appellate CM/ECF system. I also certify that all participants are registered CM/ECF users and will receive service by the appellate CM/ECF system.

s/ Barbara Schwabauer
BARBARA SCHWABAUER
Attorney