**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: February 11, 2025

Ms. Barbara Schwabauer
U.S. Department of Justice
Civil Rights Division, Appellate Section
P.O. Box 14403
Washington, DC 20044-4403

    Re:  Case No. 24-5615/24-5640/24-5643/24-5647/24-5913/24-5928, *USA v. Paul Vaughn*
        Originating Case No. : 3:22-cr-00327-6

Dear Counsel,

Briefing in this case will be held in abeyance temporarily because of the pending motion filed by the Government to remand . When this outstanding matter has been resolved, the clerk's office will issue a new briefing schedule or give the parties other instructions.

    Sincerely yours,

    s/Roy G. Ford
    Case Manager
    Direct Dial No. 513-564-7016

cc: Mr. Stephen M. Crampton
    Ms. Erin H. Flynn
    Ms. Nani M. Gilkerson
    Mr. Glenn Kerry Haymaker
    Ms. Heather Idoni
    Mr. Patrick T. McNally
    Mr. Manuel B. Russ
    Mr. Kevin Michael Schad
    Mr. Timothy F. Sweeney
    Mr. Steve C. Thornton
    Mr. Calvin Zastrow