Case No. 24-5615/24-5640/24-5643/24-5647/24-5913/24-5928

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

## ORDER

UNITED STATES OF AMERICA

     Plaintiff - Appellee

v.

PAUL VAUGHN

     Defendant - Appellant


Upon consideration of the motion of Erin H. Flynn to withdraw as counsel for the appellee,

It is **ORDERED** that the motion be, and it hereby is **GRANTED**.

**ENTERED PURSUANT TO RULE 45(a),**
**RULES OF THE SIXTH CIRCUIT**
Kelly L. Stephens, Clerk

Issued:  February 21, 2025